IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

In re:

| | | |
|---|---|---|
| CAROLE CHRISTINE LEWIS | * | Case No: 19-13015 TJC |
| MARVIN FULLER LEWIS | * | Chapter 7 |
| | * | |
| Debtor (s) | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## APPLICATION TO EMPLOY REAL ESTATE AGENT AND BROKER

COMES NOW, Laura J. Margulies, the Chapter 7 Trustee, by and through the undersigned counsel, and hereby requests that this Honorable Court grant authority to employ Trish Nicely, of RE/MAX 100, as real estate agent and RE/MAX 100 as broker (hereinafter collectively referred to as "Real Estate Agent") to sell certain real property of the estate, and as grounds in support thereof states as follows:

1. On March 8, 2019, Carole Christine Lewis and Marvin Fuller Lewis (hereinafter the "Debtors") filed for bankruptcy under Chapter 7 of the United States Bankruptcy Code.

2. The undersigned is the duly qualified and acting Chapter 7 Trustee in this case.

3. Among the assets of this estate is real property known as: 5525 Little Brook Drive Plata, Maryland 20646 (the "Property").

4. The Debtors scheduled the above Property as having a value of $408,000 and a lien of $575,000. The Real Estate Agent proposed to be employed by the Trustee has researched the value of the real property and will be listing the property for sale. The Real Estate Agent's opinion of the value of the Property is approximately $375,000 which is still less than the value of the mortgage, and therefore, the Real Estate Agent will be listing the Property as a short sale. The Real Estate Agent has extensive experience in selling properties at short sale for the benefit

1

of bankruptcy estates.

5. It will be necessary to liquidate said property in order to obtain funds to be used for the benefit of the Debtors' creditors.

6. The undersigned is satisfied that the best and highest recovery to the estate will come from a private sale of the property.

7. The Real Estate Agent is to receive a commission of 6% of the gross sales price if the property is sold at private sale as result of his efforts. The rate of commission requested is customary for the sale of real property.

8. The Trustee believes and alleges that employment of the aforesaid Real Estate Agent is in the best interest of the estate, and that the Court should approve such employment as provided in 11 U.S.C. Section 327(a). The Real Estate Agent's Verified Statement evidencing his disinterestedness, within the meaning of 11 U.S.C. Section 327(a), is attached hereto as an Exhibit.

9. The Real Estate Agent is aware of the provision of 11 U.S.C. Section 328 and has agreed, notwithstanding the foregoing, that the Court may allow compensation different from that provided above if such terms and conditions prove to have been improvident in light of developments not anticipated at this time.

WHEREFORE, the Trustee prays that after notice to all parties in interest, and any hearing as may be requested, this Application to employ the Real Estate Agent on the terms and conditions set forth above be approved.

Dated:  April 8, 2019                                                   Respectfully submitted,

                                                                               /s/ Laura J. Margulies
                                                                               Laura J. Margulies, #06585
                                                                               6205 Executive Boulevard
                                                                               Rockville, MD 20852
                                                                               (301) 816-1600
                                                                               trustee@law-margulies.com

## CERTIFICATE OF SERVICE

      I hereby certify that on April 8, 2019, a copy of the foregoing Application, along with a copy of the Verified Statement of Proposed Agent, and the proposed Order, was electronically provided to the Office of the U.S. Trustee and to:

Joseph Kneib, Esq.
Kneib.joseph@verizon.net

Malcolm Savage, III, Esq.
msavage@logs.com
*On Behalf of New Residential Mortgage*

PRA Receivables Management
claims@recoverycorp.com
*On Behalf Of Synchrony Bank*

      And on April 8, 2019, a copy of the foregoing was served by first class mail, postage prepaid to:

Carole and Marvin Lewis
5525 Little Brook Drive
La Plata, MD 20646

                                                                           /s/ Laura J. Margulies
                                                                           Laura J. Margulies