

**THOMAS J. CATLIOTA**
**U.S. BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| IN RE:<br>MARVIN LEWIS AND CAROLE LEWIS<br>    Debtors | BCN#: 19-13015<br><br>Chapter: 7 |
| NEW RESIDENTIAL MORTGAGE LOAN TRUST 2017-3<br>and its assignees and/or successors in interest,<br>    Movant,<br>v.<br>CAROLE CHRISTINE LEWIS<br>AND<br>MARVIN FULLER LEWIS<br>    Debtors<br>and<br>LAURA J. MARGULIES<br>    Trustee<br>    Respondents | **CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM STAY** |

This matter came on to be heard upon consideration of the Motion of New Residential Mortgage Loan Trust 2017-3 for Relief from Automatic Stay of 11 USC 362 (a) as to certain real property at 5525 Little Brook Drive, La Plata, MD 20646; and

It appearing that the parties consent to the entry of this Order;

The automatic stay shall be deemed lifted if the Debtor is not able to sell the property within one hundred and twenty days (120) from entry of this order.

IT IS FURTHER ORDERED that upon sale of the above-mentioned property, the Secured Creditor may take all lawful actions in accordance with state law, to take possession of the property and shall, pursuant to Local Bankruptcy Rule 4001-3, provide a copy of the Report

of Sale and Audits Reports to the Bankruptcy Trustee if there is a surplus over and above the debt owed to the foreclosing noteholder.

I ask for this:

\_\_\_\_/s/ Malcolm B. Savage, III _____
William M. Savage, Esquire
Federal I.D. Bar No. 06335
Kristine D. Brown, Esquire
Federal I.D. Bar No. 14961
Thomas J. Gartner, Esquire
Federal I.D. Bar No. 18808
Gregory N. Britto, Esquire
Federal I.D. Bar No. 22531
Renee Dyson, Esquire
Federal I.D. Bar No. 15955
Malcolm B. Savage, III, Esquire
Federal I.D. Bar No. 20300
Nicole Lipinski, Esquire
Federal I.D. Bar No. 19283
Counsel for Movant
ecf@logs.com

Seen; Agreed:

/s/ Laura J. Margulies (with expressed permission)
_____
Laura J. Margulies, Trustee

     I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/\_ Malcolm B. Savage, III \_ on the copy of the consent order submitted to the Court reference the signatures of consenting parties obtained on the original consent order.

\_\_\_/s/ Malcolm B. Savage, III \_\_\_\_\_
William M. Savage, Esquire
Kristine D. Brown, Esquire
Thomas J. Gartner, Esquire
Gregory N. Britto, Esquire
Renee Dyson, Esquire
Malcolm B. Savage, III, Esquire
Nicole Lipinski, Esquire

Copies of this order are to be sent to:

CAROLE CHRISTINE LEWIS
5525 LITTLE BROOK DRIVE
LA PLATA, MD 20646

MARVIN FULLER LEWIS
5525 LITTLE BROOK DRIVE
LA PLATA, MD 20646

LAURA J. MARGULIES
6205 EXECUTIVE BLVD.
ROCKVILLE, MD 20852

JOSEPH V. KNEIB
2255 CRAIN HIGHWAY
SUITE 104
WALDORF, MD 20601

SHAPIRO & BROWN, LLP
10021 BALLS FORD ROAD, SUITE 200
MANASSAS, VIRGINIA 20109


18-275734


**END OF ORDER**